175 So. 564

### Homer NEWTON v. STATE.
### 8 Div. 813.

Supreme Court of Alabama.

June 29, 1937.

Murphy & Pounders, of Florence, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

---

[1] Ante, p. 499.

KNIGHT, Justice.

This cause is again before this court, presently on petition of Homer Newton for certiorari to the Court of Appeals to review and revise the opinion and judgment of that court in the case of Newton v. State, 27 Ala.App. 492, 175 So. 562.

The petition is wholly without merit, and is denied.

Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.